# NOTICE

**Pennsylvania Rule of Civil Procedure 205.5. (Cover Sheet) provides, in part:**

**Rule 205.5.   Cover Sheet**

(a)(1)   This rule shall apply to all actions governed by the rules of civil procedure except the following:

    (i)   actions pursuant to the Protection from Abuse Act, Rules 1901 et seq.

    (ii)   actions for support, Rules 1910.1 et seq.

    (iii)   actions for custody, partial custody and visitation of minor children, Rules 1915.1 et seq.

    (iv)   actions for divorce or annulment of marriage, Rules 1920.1 et seq.

    (v)   actions in domestic relations generally, including paternity actions, Rules 1930.1 et seq.

    (vi)   voluntary mediation in custody actions, Rules 1940.1 et seq.

(2)   At the commencement of any action, the party initiating the action shall complete the cover sheet set forth in subdivision (e) and file it with the prothonotary.

(b)   The prothonotary shall not accept a filing commencing an action without a completed cover sheet.

(c)   The prothonotary shall assist a party appearing pro se in the completion of the form.

(d)   A judicial district which has implemented an electronic filing system pursuant to Rule 205.4 and has promulgated those procedures pursuant to Rule 239.9 shall be exempt from the provisions of this rule.

(e)   The Court Administrator of Pennsylvania, in conjunction with the Civil Procedural Rules Committee, shall design and publish the cover sheet. The latest version of the form shall be published on the website of the Administrative Office of Pennsylvania Courts at

| COMMONWEALTH OF PENNSYLVANIA COUNTY OF |  | CIVIL COMPLAINT |
|---|---|---|

| Mag. Dist. No: | PLAINTIFF: | NAME and ADDRESS |
|---|---|---|
| MDJ Name: | Gabriel Blackwell | |
| Address: | 612 W 13th st | |
| | Chester PA 19013 | |
| Telephone: | DEFENDANT:     v. | NAME and ADDRESS |
| | United Auto Credit | |
| | PO Box 163049 | |
| | Ft. Worth TX 76161 | |

|  | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ | |
| POSTAGE | $ | |
| SERVICE COSTS | $ | |
| CONSTABLE ED. | $ | |
| TOTAL | $ | |

Docket No:

Case Filed:

Pa.R.C.P.M.D.J. No. 206 sets forth those costs recoverable by the prevailing party.

To The Defendant: The above named plaintiff(s) asks judgment against you for $ 150,000.00 together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

Violations under 15 USC 1692 b(5), c(b), d(2), e(2)(a), e(8), violation of a cease and desist order, attempting to collect an unvalidated alleged debt, and personal damages to health and reputation.

I, Gabriel Blackwell verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) related to unsworn falsification to authorities.

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

(Signature of Plaintiff or Authorized Agent)

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. 207.1

**If you intend to enter a defense to this complaint, you should notify this office immediately at the above telephone number. You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.**

If you have a claim against the plaintiff which is within the magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

**If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.**

AOPC 308A     1     FREE INTERPRETER
www.pacourts.us/language-rights

# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet

Delaware County

**For Prothonotary Use Only:**

Docket No: _____

## SECTION A

**Commencement of Action:**
- [ ] Complaint
- [ ] Writ of Summons
- [ ] Transfer from Another Jurisdiction
- [ ] Petition
- [ ] Declaration of Taking

**Lead Plaintiff's Name:** Gabriel Blackwell

**Lead Defendant's Name:** United Auto Credit

**Are money damages requested?** [x] Yes  [ ] No

**Dollar Amount Requested:** (check one)
- [ ] within arbitration limits
- [x] outside arbitration limits

**Is this a Class Action Suit?** [ ] Yes  [x] No

**Is this an MDJ Appeal?** [ ] Yes  [x] No

**Name of Plaintiff/Appellant's Attorney:** N/A

- [ ]

## SECTION B

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** (do not include Mass Tort)
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability (does not include mass tort)
- [ ] Slander/Libel/Defamation
- [ ] Other: _____

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other: _____

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional: _____

**CONTRACT** (do not include Judgments)
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [x] Debt Collection: Other _____
- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other
- [ ] Other: _____

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other: _____

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other
- [ ] Zoning Board
- [ ] Other: _____

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other: _____

*Updated 1/1/2011*

Gabriel Blackwell
PLAINTIFF

IN THE COURT OF COMMON PLEAS
OF DELAWARE COUNTY, PENNSYLVANIA

vs.

United Auto Credit
DEFENDANT

NO. _____

# ENTRY OF APPEARANCE AS A SELF-REPRESENTED PARTY

1. I am the ☒ Plaintiff ☐ Defendant in the above-captioned ( **select one** ) ☐ custody, ☐ divorce, ☐ support, ☐ protection from abuse, ☐ paternity case.

2. ☒ This is a new case and I am representing myself in this case and have decided not to hire an attorney to represent me.
   OR **(check only one box)**
   ☐ This is **NOT** a new case and _____ previously represented me in this case.
   (Name of Attorney)
   However, I have decided not to be represented by that attorney and hereby direct the Office of Judicial Support to remove that attorney as counsel of record in this case.
   I have provided a copy of this form to that attorney listed above at the following address:
   _____

3. My address for the purpose of receiving all future pleadings and other legal notices is:
   612 W 13th St Chester PA 19013 ;
   AND I understand that this address will be the only location to which important documents are sent, and that I am fully responsible to regularly check my mail at such address to ensure that I don't miss important dates or proceedings.
   ☒ This is my home address.     ☐ This is not my home address.

4. My home telephone number is: _____  My email address is: lineofverse@gmail.com
   My cellular telephone number is: (302)482-5885   My facsimile number is: _____

5. ☒ I UNDERSTAND THAT I MUST FILE A NEW FORM EVERY TIME MY ADDRESS, HOME TELEPHONE NUMBER OR CELLULAR TELEPHONE NUMBER CHANGES – NO EXCEPTIONS!

6. ☐ I have provided a copy of this form to all other attorneys or other self-represented parties at the following addresses as listed below:
   Name _____  Address _____
   Name _____  Address _____
   Name _____  Address _____
   Name _____  Address _____

7. ☒ I fully understand that by deciding to represent myself, the Court will hold me to the same standards of knowledge regarding the Statutory Law, Evidence Law, Local and State Rules of Procedure and applicable case law as a Pennsylvania licensed attorney, and that I must be fully prepared to meet those responsibilities.

I verify that the statements made in this Entry of Appearance as a Self-Represented Party are true and correct. I understand that if I make false statements herein, that I am subject to the criminal penalties of 18Pa.C.S. § 4904 relating to unsworn falsification to authorities which could result in a fine and/or prison term.

12/19/2020
Date

_____
Signature (Your Signature)

FROM:
Gabriel Blackwell
612 W 13th St
Chester, PA 19013

TO:
US Court House
601 Market St
Philadelphia, PA 19106




U.S. POSTAGE PAID
FCM LG ENV
CHESTER, PA
19013
DEC 19, 20
AMOUNT
$8.00
R2304E104796-03