IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GABRIEL IBN JIHAD BLACKWELL,** : <br>     Plaintiff,                : <br>                                  : <br>    v.                           : <br>                                  : <br> **UNITED AUTO CREDIT,**     : <br>     Defendant.            : | Case No. 2:20-cv-6591-JDW |

## ORDER

AND NOW, this 18th day of March, 2021, upon consideration of Plaintiff Gabriel Ibn Jihad Blackwell's Second Amended Complaint (ECF No. 11) it is **ORDERED** that:

1. The Second Amended Complaint is **DISMISSED** for the reasons in the Court's Memorandum;

2. Mr. Blackwell may file an amended Complaint that complies with the Court's Memorandum on or before April 16, 2021; and

3. The Court will not permit further amendments of the Complaint, so if Mr. Blackwell has facts to support his claims, he must include them in any amended complaint that he files.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**