# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GABRIEL IBN JIHAD BLACKWELL,** : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 2:20-cv-6591-JDW |
| : | |
| **UNITED AUTO CREDIT,** : | |
| Defendant. : | |

## ORDER

AND NOW, this 2nd day of April, 2021, upon consideration of Plaintiff Gabriel Ibn Jihad Blackwell's Second Amended Complaint (ECF No. 14) it is **ORDERED** that the Third Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Court's Memorandum.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**